IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| In re: § § § § **GBG RANCH, LTD.,** § § **Debtor.** § § § | § Case No. 14-50155 § § Chapter 11 § § § |

**NOTICE OF FILING TRANSCRIPT IN REFERENCE TO
MOTION TO DISMISS [D.E. 40]**

TO THE HONORABLE JUDGE OF SAID COURT:

Guillermo Benavides, Z ("Memo Benavides") files this Notice of Filing Transcript in Reference to the Motion to Dismiss [D.E. 40].

Respectfully submitted,

CLEMENS & SPENCER
112 E. Pecan St. Suite 1300
San Antonio 78205
(210) 227-7121
(210) 227-0732 (Fax)


By: /s/ *James A. Hoffman*
James A. Hoffman
Texas State Bar No. 09781725
Southern District No. 16172
**ATTORNEYS FOR GUILLERMO
BENAVIDES, Z., IN HIS INDIVIDUAL
CAPACITY**

212761/0002347-24627

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served electronically upon those parties registered to receive electronic notice via the Court's CM/ECF system on this 14th day of October, 2014.

*<u>Via Email:</u>*
Barbara C. Jue
Office of US Trustee
606 N. Carancahua – Ste. 1107
Corpus Christi, TX  78401
Barbara.c.jue@usdoj.gov


                              */s/ James A. Hoffman*
                              JAMES A. HOFFMAN